UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   CV 20-09746 SB (PVCx) | Date:   January 8, 2021 |

Title:   *Estate of Voncile R. McCalebbc et al v. AG Lynwood, LLC et al*

Present: The Honorable   **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Ivan Puchalt | Lann McIntyre |
| Scott H. Carr | |

**Proceedings:**   **MOTION to Remand Case to Superior Court of California, County of Los Angeles filed by Plaintiffs Lashawn Rabb, Lisa Rabb, Estate of Voncile R. McCalebb, Dkt. No. 13**

Hearing held.  Counsel present argument.  The Court takes this matter under submission.

0/26